**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-7779**

───────────────

RICHARD T. AULDRIDGE,

                               Petitioner - Appellant,

     versus

RONALD F. MOATS, Warden,

                               Respondent - Appellee.

───────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Catherine C. Blake, District Judge. (CA-97-980-CCB)

───────────────

Submitted: February 26, 1998       Decided: March 20, 1998

───────────────

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Richard T. Auldridge, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Auldridge v. Moats</u>, No. CA-97-980-CCB (D. Md. Oct. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>